THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRELL BYRD, Appellant. [639 NYS2d 735]

Contrary to the defendant's contentions, the record establishes that he knowingly, intelligently, and voluntarily waived appellate review of the court's suppression ruling as a consequence of his plea of guilty *(see, People v Burk,* 181 AD2d 74; *People v Winkel,* 178 AD2d 677; *People v Roache,* 166 AD2d 618). Therefore, his present challenges to the suppression ruling will not be reviewed *(see, People v Rivera,* 209 AD2d 648). Miller, J. P., Hart, Friedmann and Florio, JJ., concur.